UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Romana Van Houtven
_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

**13 CV 1964**

COMPLAINT

-against-

Detective - Paul Adams
SPA - Holler Judith
SGT - Codd George
PAA - Tansey
SGT - Delacruz
Domestic - PO Callahan
SGT - James Fox

Jury Trial: ☑ Yes   ☐ No
(check one)

RECEIVED
MAR 21 2013
PRO SE OFFICE

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

I.   Parties in this complaint:

A.   List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name   Romana Van Houtven
Street Address   350 Albany Street Apt 6A
County, City   New York, N
State & Zip Code   NY.   10280
Telephone Number   646-281-1369

B.   List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name   Paul Adams
Street Address   16 E Ricsson Place
NY NY 10013

*Rev. 05/2010*

County, City __N.Y__
State & Zip Code __10013__
Telephone Number __(212) 334-0636__

Defendant No. 2   Name __Judith Huller__
Street Address __16 Ericsson place__
County, City __NY, NY__
State & Zip Code __NY 10013__
Telephone Number __(212) 334-0636__

Defendant No. 3   Name __SGT CODD George__
Street Address __16 Ericsson place__
County, City __NY__
State & Zip Code __NY 10013__
Telephone Number __(212) 334-0636__

Defendant No. 4   Name __SGT DelaCruz__
Street Address __16 Ericsson place__
County, City __NY, NY__
State & Zip Code __NY 10013__
Telephone Number __(212) 334-0636__

II.   **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.   What is the basis for federal court jurisdiction? *(check all that apply)*
☒ Federal Questions      ☐ Diversity of Citizenship

B.   If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? __(1) Equal protection to the Law 1983 Statue, (2) Discrimination (3) 1st Amendment to be free to move around (4) Freedom of Speech__

C.   If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?
Plaintiff(s) state(s) of citizenship __New York__
Defendant(s) state(s) of citizenship __New York__

III.   **Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.

*Rev. 05/2010*

You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? 1ST Police Precint iN New York City, 16 Ericsson place

B. What date and approximate time did the events giving rise to your claim(s) occur? 3/22/2010 08/31/2012

C. Facts: [What happened to you?] I was falsely arrested and charged with crimes of stalking 4th degree. Paul Adams detective assigned to case, falsified police reports and Abused the process bullied and Harrass me and I was Arrested for 2 days.

[Who did what?] → NYC Police accepted a complaint without any foundation of any crimes committed Det. Paul Adams failed to investigate the allegation

[Was anyone else involved?] Stephen Casey Luther When to 1st Police Precint iN NYC to seek an order of Protection only and stated he did not want me arrested or charged with crimes.

[Who else saw what happened?] A.DA - (2) Molly Gallivan Esq (3) Alyssa Gamliel - Legal Aid (1) Eric Kratville who handled case for the People of New York was a Witness to Reports made False by NYPD Officers

IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

I was traumatized, shocked to my Nervous System and experienced Depression, humiliation and felt degraded to Criminal stature; Low self esteem and feeling of worthlessness felt.. Supresed And discriminated. Sought out Psychologist.

*Rev. 05/2010*

**V. Relief:** For injury, costs, and punitive $75,000

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. for Nominal damages $2,500

A) I incurred to pay Legal fees to a criminal Lawyer, Molly Gallivan. I missed two full days of work $500 per day x 2 = $1,000 and 2 more court appearances, time was taken from work.

B) Punitive damages for excessively detaining and, for falsifying facts of events in a police report.

C) Compensation for caused pain and suffering - Total $75,000 - Punitive and Nominal and Special damages to arrest record

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 3 day of 21, 20 13

Signature of Plaintiff _____

Mailing Address  350 Albany St APT 6A
New York, NY
10280

Telephone Number  646-281-1369

Fax Number *(if you have one)* _____

**Note:** All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

**For Prisoners:**

I declare under penalty of perjury that on this _____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

Inmate Number _____

```
OFFENSE:
NAME:
ARREST                              SEX: F  RACE:         PDB: GUATEMALA
ADDR: 600        W  43 STRE MANHATTAN  NY              PCT: 010
SKIN TONE: MEDIUM  HGT: 5-01  WGT: 125  EYE COLOR: BROWN  HAIR COLOR: BLACK
SOC SEC#:              SID#:
PHYSICAL COND: APPARENTLY NORMAL                    DEFT/VICT RELAT: GIRLFRIEND
OCCUPATIONAL AREA: OTHER                            TYPE DRUG USED: NONE
LICENSE/PERMIT-TYPE(EXC DRIVER/OPR/REG):
CALLS: NO          NAME: REFUSED     NO:                          NO:
                                                                  NAME:
ORACLE# 00000000  NYSID# 05923220R  FAX# M0016736  ARR PROC: ON LINE ARREST
```

NARRATIVE: AT T/P/O DEFT DID SHOW UP AT C/V'S JOB UN-INVITED AND DID MAKE A SCENE DEFT HAD TO BE REMOVED BY SECURITY DEFT HAS ALSO SENT UNWANTED GIFTS AS WELL AS

CHARGES INFORMATION

| TOP CHARGE--> | ATT N | LAW PL | SEC 120.45 | SUB 03 | CLS M | TYPE B | CTS 01 | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| TOTAL CHARGES COUNT = 01 | | | | | | | | STALKING 4TH |

ARREST RELATED INFORMATION                          DAT? NO

TIME 13:55  DATE 03/22/10  CMD 001
WEAPON POSS/USED:
NUM OF ASSOC: 00                      ARREST LOC: 16  ERICSSON PLACE
PROPERTY VOUCHERS:
  1 NO:         CMD:      VAL:          TYP:
  2 NO:         CMD:      VAL:          TYP:
  3 NO:         CMD:      VAL:          TYP:

COMPLAINANT/UF-61/VICTIM INFORMATION
IS COMPL A CORP? NO   OR PSNY? NO   OR DISABLED? NO   TOTAL VICTIMS = 00
COMPL. NAME: KUTNER    STEPHEN   C  SEX: M  RACE: WHITE
ADDR:                                                          AGE: 35
AIDED NO:      AIDED CMD:    ACC NO:         TEL NUM: (   )   -
UF-61: NO:     CMD: 001  SECTOR: G  JURISDICTION: N.Y. POLICE DEPT
TIME & DATE OF OCCURRENCE:     :    ON 06/07/09   METHOD:
PREMISES: 9999999999999999999999999  LOCATION: 280  RECTOR PLAC MANHATT

ARRESTING OFFICER INFORMATION
NAME: ADAMS   PAUL        RANK: DT3  TAX NUMBER: 903317  SHIELD: 00188
DEPT: NYPD  CMD: MDA 001  CHART: DET DUTY CT   SQUAD: A      ASSN:
OFFICER INJURED? NO   ASSIGNED? YES   ON DUTY? YES   IN UNIFORM? NO
USED FORCE? NO  TYPE:               REASON:

PO FACD + FFOP ✓
SSI + COR F/S'd O/C 3-31 ✓
XTOP ✓

New AC; but she's W/it here, csl to keep offer open until
New AC can talk to client about it

6/15

| 7/3 | D |
|---|---|
| R₀D | |

**Standup ADA:** Menu

*Return Note to:* **Kratville, Eryck**
**2010NY022165 VANHOUTEN, ROMANA**

TB 30    Rm 969
May 18, 2010    Part D

File & Serve Response ✓
File & Serve VDF ✓
PO FACD + FFOP (will NOT be offered again after today, DC was advised of this 7-7) ✓
XTOP ✓

\* AC: Tell
+ J  CW
      Not
      to
      contact
      A

FACD + FFOP
J: no Hyp

Standup ADA: _Srubic_

Return Note to: **Kratville, Eryck**
2010NY022165 **VANHOUTEN, ROMANA**

TB 30     Rm 969
Jul 13, 2010     Part D



Trial Status RSTA ——  π NR ✓
PTC: 500F + DDP + 6mLR ✓
I'm on jury duty; this case is being covered by ADA Shira Arnow, x9202, cell = 646-226-3981

**Standup ADA:** Blandino

*Return Note to:* **Kratville, Eryck**
**CASADO, JOEL**

2009NY03766   TB 30    Rm 969

Jul 13, 2010    Part D

| 9/22 | D |
|---|---|
| Matt | |

## CRIMINAL COURT OF THE CITY OF NEW YORK
## PART D, COUNTY OF NEW YORK

THE PEOPLE OF THE STATE OF NEW YORK

vs.

ROMANA VANHOUTEN

Defendant

SUPPORTING DEPOSITION
100.20 C.P.L.

Docket No          2010NY022165

Adjourned Date     5/18/2010

I, Stephen Kutner, of an address known to the New York County District Attorney's Office, have read the attached criminal complaint. The facts in this complaint that are attributed to me are true, and I know these facts from my personal knowledge.

False statements made herein are punishable as a Class A misdemeanor pursuant to section 210.45 of the penal law.

_____    4/07/10
Signature                  Date



CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK

THE PEOPLE OF THE STATE OF NEW YORK

-against-

ROMANA VANHOUTEN,

Defendant.

CERTIFICATE OF READINESS

DOCKET NO.    2010NY022165

Cyrus R. Vance, Jr.
District Attorney
New York County
One Hogan Place
New York, New York 10013
(212) 335-9000

*Kratvithent B 30*

CRIMINAL COURT OF THE CITY OF NEW YORK
NEW YORK COUNTY PART D                          2010 JUN 15 P 2:49
------------------------------------------------------------X
THE PEOPLE OF THE STATE OF NEW YORK,    :    NOTICE OF OMNIBUS MOTION
                                        :
-against-                               :    DKT. #2010NY022165
                                        :
ROMANA VANHOUTEN                        :
Defendant.                              :
------------------------------------------------------------X

PLEASE TAKE NOTICE, that upon the annexed affirmation and demand to produce of MOLLY J. GALLIVAN, an attorney duly admitted to practice law before the courts of this state, 44 Wall Street, 12th Floor, New York, New York 10005, the undersigned will move the Criminal Court of the City of New York, County of New York, Part D, located at 100 Centre Street, New York, NY on the 13th day of July, 2010, at 9:30 a.m., or as soon thereafter as counsel can be heard for an order granting the following relief:

I. **MOTION TO DISMISS THE INFORMATION FOR FACIAL INSUFFICIENCY PURSUANT TO C.P.L. §170.30(1)(a), UPON THE GROUND THAT THE INFORMATION IS DEFECTIVE WITH IN THE MEANING OF C.P.L. § 170.35, 100.40, AND 100.15;**

II. **MOTION FOR PRECLUSION OF DEFENDANT'S PRIOR BAD ACTS;**

III. **REQUEST FOR A BILL OF PARTICULARS;**

IV. **DEMAND FOR DISCOVERY;**

V. **RESERVATION OF RIGHTS;**

And for such other and further relief as this court deems just and proper.

Dated: June 14, 2010
New York, New York

      Robert Morgenthau                   Yours, etc.,
      District Attorney, New York County
      1 Hogan Place
      New York, NY 10013              MOLLY J. GALLIVAN, ESQ

1

Clerk, Criminal Court
Part D
100 Centre Street
New York, NY 10013

Attorney for Defendant
44 Wall Street, 12th Floor
New York, NY 10005

```
CRIMINAL COURT OF THE CITY OF NEW YORK
NEW YORK COUNTY PART D
-----------------------------------------------------------------X
THE PEOPLE OF THE STATE OF NEW YORK,           :      AFFIRMATION
                                               :
        -against-                              :      DKT. #2010NY022165
                                               :
ROMANA VANHOUTEN                               :
Defendant.                                     :
-----------------------------------------------------------------X
```

I, MOLLY J. GALLIVAN, an attorney duly admitted to practice law before the courts of this state, and the attorney of record for the defendant, affirms the following allegations under the penalties of perjury:

1. I am fully familiar with the facts and circumstances set forth here, and this affirmation is made in support of the defense motion, notice of which is appended.

2. This affirmation is made on information and belief, the sources of which are official court papers, official documents pertaining to this case, interviews with defendant, discussions with prior counsel, and independent investigation by defense counsel.

3. On March 23, 2010, Ms Vanhouten was arraigned in the Criminal Court of the City of New York, and charged with one count of Stalking in the Fourth Degree in violation of PL §120.45(1) and one count of Stalking in the Fourth Degree in violation of PL §120.45(2), both class B misdemeanors. She was released on her on recognizance and the case was adjourned to May 18, 2010 for corroborating affidavit.

4. On March 31, 2010, the People filed a superseding information, charging the same crimes but with different factual allegations.

The factual portion of the accusatory instrument reads in pertinent part:

> DEPONENT STATES THAT THROUGHOUT THE PERIOD FROM JANUARY 26, 2010, THROUGH MARCH 16, 2010, WHILE INSIDE 280 RECTOR PLACE AND 32 OLD SLIP, IN THE COUNTY AND STATE OF NEW YORK, DEPONENT RECEIVED NUMEROUS TEXT MESSAGES FROM THE

3